United States District Court
Southern District of Texas
**ENTERED**
November 10, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § | CASE NO. L-16-CR-00489-1 |
| | § § | |
| **CARLOS JOELY PERDOMO-RIVERA** | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by United States Magistrate Judge Diana Song Quiroga, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 9th day of November 2016.

_____
Marina Garcia Marmolejo
UNITED STATES DISTRICT JUDGE